**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **JARVIS AUGUSTUS WARE,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 5:26-cv-119-CAR-AGH** |
| | : | |
| | : | |
| **WARDEN MICHAEL THOMAS,** | : | |
| ***et. al.*,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**ORDER ON RECOMMENDATION OF DISMISSAL**

Currently before the Court is the United States Magistrate Judge's Recommendation [Doc. 14] to deny Plaintiff's Motions to proceed *in forma pauperis* ("IFP") [Docs. 5, 7, 13] and dismiss this case without prejudice pursuant to 28 U.S.C. § 1915(g). After granting Plaintiff's motion for extension of time, the Court gave Plaintiff until September 22, 2026, to file an objection to the Recommendation. As of the date of this Order, two weeks after expiration of the extended deadline, Plaintiff has filed no objection. Having considered the Recommendation, the Court agrees with the findings and conclusions of the United States Magistrate Judge. Accordingly, the Recommendation [Doc. 14] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**. For the reasons stated by the United States Magistrate Judge, Plaintiff's Motions

to Proceed IFP [Docs. 5, 7, and 13] are **DENIED**, and this case is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(g).

**SO ORDERED,** this 6th day of October, 2026.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT