IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JARVIS AUGUSTUS WARE, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 5:26-cv-00119-CAR-AGH |
| WARDEN MICHAEL THOMAS et al, | * | |
| Defendants. | * | |

**JUDGMENT**

Pursuant to this Court's Order dated 10/6/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 6th day of October, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk